**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CHARLES LEE REDDEN, | ) | NO. ED CV 09-2247-RSWL(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| JESUS FERNANDEZ, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: 3-04-10

*RONALD S.W. LEW*
_____
RONALD S. W. LEW
SENIOR UNITED STATES DISTRICT JUDGE